UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NEW PROCESS STEEL, L.P.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-4075 |
| | § | |
| **UNION PACIFIC RAILROAD COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

The parties to this case are instructed not to file any additional briefings on the pending motions for summary judgment or related motions without leave of Court.

**IT IS SO ORDERED.**

**SIGNED** this 20th day of December, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT**