UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEW PROCESS STEEL, L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. H-98-4075 |

## MEMORANDUM AND ORDER

The parties' Joint Motion to Extend Deadline to File Settlement Papers to May 25, 2007 (Doc. No. 164), is **GRANTED**. The Conditional Order of Dismissal entered on March 14, 2007 (Doc. No. 156), is hereby **EXTENDED** to May 25, 2007.

**IT IS SO ORDERED**.

**SIGNED** this 14th day of May, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT