UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEW PROCESS STEEL, L.P., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-98-4075 |
| § | |
| UNION PACIFIC RAILROAD § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

The parties' Joint Motion to Extend Deadline to File Settlement Papers to June 8, 2007 (Doc. No. 167), is **GRANTED**. The Conditional Order of Dismissal entered on March 14, 2007 (Doc. No. 156), is hereby **EXTENDED** to June 8, 2007.

**IT IS SO ORDERED**.

SIGNED this 23rd day of May, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT