## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

NEW PROCESS STEEL, L.P.,       §
§
     Plaintiff,               §
§
v.                         §   CIVIL ACTION NO. H-98-4075
§
UNION PACIFIC RAILROAD    §
COMPANY,              §
§
     Defendant.           §

### MEMORANDUM AND ORDER

The parties' Joint Motion to Extend Deadline to File Settlement Papers to June 29, 2007

(Doc. No. 171), is **GRANTED**. The Conditional Order of Dismissal entered on March 14, 2007

(Doc. No. 156), is hereby **EXTENDED** to June 29, 2007.

     **IT IS SO ORDERED.**

     SIGNED this 12th day of June, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT