UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEW PROCESS STEEL, L.P., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-98-4075 |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

The parties' Joint Motion to Extend Deadline to File Settlement Papers to September 14, 2007 (Doc. No. 177), is **GRANTED**. The Conditional Order of Dismissal entered on March 14, 2007 (Doc. No. 156), is hereby **EXTENDED** to September 14, 2007.

**IT IS SO ORDERED.**

SIGNED this 24th day of August, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT